ANNE F. RUBERT, Respondent; v. MARTIN M. RUBERT, Appellant.— In an action to annul a marriage, order denying appellant's motion to be relieved from making payments for the support of the infant issue of the marriage, as provided by the judgment of annulment, and to be relieved from an order adjudging him in contempt for failure to make such payments, affirmed, with $50 costs and disbursements. No opinion. Nolan; P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

■

GERTRUDE R. SHERWOOD, Appellant; v. MARIO D'OTTAVIO et al., Respondents.— Action to recover for property damage to plaintiff's automobile which was struck by an automobile owned by respondent, Mario D'Ottavio, which he had loaned to his brother, respondent Emilio D'Ottavio. Emilio parked the car and gave the keys to another brother, fifteen years old, not a party to this action. The boy drove the car from the place where it was parked and while driving struck plaintiff's automobile, which was parked at the time. Judgment of the County Court, Westchester County, dismissing the complaint against respondent Emilio unanimously affirmed, with costs to that respondent. Order of the County Court, Westchester County, setting aside the verdict of the jury in plaintiff's favor and against respondent Mario and directing a new trial, unanimously affirmed, without costs. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.